On respondent's motion for reconsideration filed October 7, reconsideration allowed; opinion (116 Or App 663, 840 P2d 1394 (1992)) withdrawn; affirmed December 29, 1993, reconsideration denied February 16, petition for review denied March 1, 1994 (318 Or 458)

# FRED EUGENE MOORE,
*Appellant,*

*v.*

# STATE OF OREGON,
*Respondent.*

## (91-07-216CV; CA A73011)

864 P2d 881

Theodore R. Kulongoski, Attorney General, Virginia L. Linder, Solicitor General, and Timothy A. Sylwester, Assistant Attorney General, for motion.

Robert J. McCrea *contra.*

Before Warren, Presiding Judge, and Riggs and Edmonds, Judges.

PER CURIAM

## PER CURIAM

On the state's motion to reconsider our decision in this case, 116 Or App 663, 840 P2d 1394 (1992), granting post-conviction relief, we allow reconsideration, withdraw our decision and affirm the trial court's judgment denying post-conviction relief. *Goodwin v. State of Oregon*, 125 Or App 359, 866 P2d 466 (1993).

Reconsideration allowed; opinion withdrawn; affirmed.